UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
OTIS CLIFTON,

               Plaintiff,

-against-

SOCIAL SECURITY ADMINISTRATION,

              Defendant.
----------------------------------------------------------x

**ORDER**
14-CV-1514 (RRM)

ROSLYNN R. MAUSKOPF, United States District Judge:

      By Memorandum and Order dated April 4, 2014, the Court granted *pro se* plaintiff's request to proceed *in forma pauperis*, dismissed the complaint with leave to amend within thirty days, and advised plaintiff that if he failed to submit an amended complaint within the allowed time, the Court would dismiss the action without prejudice. (Apr. 4, 2014 Order (Doc. No. 4).) Because plaintiff failed to provide a mailing address with his complaint, the Clerk of Court was unable to mail him a copy of the April 4, 2014 Order until May 14, 2014, upon locating a mailing address for him. (May 14, 2014 Order and Docket Entry.) In light of this delay, the Court extended plaintiff's time to amend his complaint until June 16, 2014. (May 14, 2014 Order.) Plaintiff failed to file an amended complaint within the allotted time or request an extension. Accordingly, the action is dismissed without prejudice.

      The Clerk of Court shall close the case in accordance with the accompanying Judgment, mail copies of this Order and the Judgment to plaintiff at the address the docket lists for him, and note the mailing on the docket.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; therefore, denies *in forma pauperis* status for purposes of appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
      July 3, 2014

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge